Osman M. Taher, Esq. (State Bar No. 272441)
**TAHER LAW FIRM**
20062 S.W. Birch Street, Ste. 200
Newport Beach, CA 92660
Email:   info@taherlawfirm.com
Phone:   (949) 734-0108
Fax:      (888) 515-5510

Attorney for Plaintiff: ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA NT&SA, a National Association; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-06032-VAP-SK<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF THIS ACTION WITH PREJUDICE PURSUANT TO THE FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**TO THE HONORABLE COURT AND TO ALL PARTIES HERETO:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that the Court enter a dismissal,

//

---

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**

1

1 | With prejudice, of Plaintiff's Complaint in the above-entitled action, in its
2 |
3 | entirety. Each party shall bear its own costs and attorneys' fees.
4 |
5 |
6 |
7 | Dated:  March 31, 2021          **TAHER LAW FIRM**
8 |
9 |                                By: /s/ Osman M. Taher, Esq.
10|                                    Osman M. Taher, Esq.
11|                                    Attorney for Plaintiff

---

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**

2

# CERTIFICATE OF SERVICE

I certify that on March 31, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                          Respectfully submitted,

Dated: March 31, 2021            **TAHER LAW FIRM**

                                By: /s/ Osman M. Taher, Esq.
                                    Osman M. Taher, Esq.
                                    Attorney for Plaintiff